**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>      Plaintiff,<br><br>   vs.<br><br>5126-5140 LANKERSHIM, LLC; and DOES 1 to 10,<br><br>      Defendants. | **Case No.: 2:23-cv-00073-KS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff MIGUEL HERNANDEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED: March 13, 2023                    SO. CAL. EQUAL ACCESS GROUP

7                                           By:   /s/  Jason J. Kim
8                                                 Jason J. Kim, Esq.
                                                  Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION